FILED
SUPERIOR COURT
OF GUAM

2022 APR 20 PM 3: 29

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>                                          Plaintiff,<br><br>vs.<br><br>STERLING ALIKA CRISOSTOMO,<br><br>                                          Defendant. | Criminal Case No. CF0065-22<br><br>**DECISION AND ORDER**<br>(*Ex Parte* **Motion for Release to the GBHWC Adult Inpatient Unit and for Psychiatric Evaluation)** |

## INTRODUCTION

This matter came before the Honorable Alberto E. Tolentino on April 18, 2022, for a competency hearing. At the competency hearing, Sterling Alika Crisostomo ("Defendant") requested the Court issue an order releasing Defendant to the Guam Behavioral Health and Wellness Center ("GBHWC") Adult Inpatient Unit and for Defendant to undergo a psychiatric evaluation. Assistant Attorney General Jeremiah B. Luther appeared for the People of Guam ("People"). Assistant Public Defender Earl Anthony V. Espiritu appeared for Defendant. In accordance with its ruling from the bench on April 18, 2022, the Court now issues the following order **DENYING** Defendant's *Ex Parte* Motion for Release to the GBHWC Adult Inpatient Unit and for Psychiatric Evaluation.

## BACKGROUND

On February 2, 2022, Guam Police Department officers arrested Defendant after responding to a burglary complaint. Mag. Complaint, Feb. 3, 2022. At the Magistrate Hearing,

the Court committed Defendant to the Department of Corrections ("DOC") and ordered

Defendant be held on ten thousand cash bail. Minute Entry, Feb. 4, 2022. On February 11,

2022, a grand jury indicted Defendant on the following charges: (1) Two Counts of Burglary (As

a Second Degree Felony) with Two Counts of Notice: Commission of a Felony while on Felony

Release and (2) Theft of Property (As a Misdemeanor). Indictment, Feb. 11, 2022. Defendant

filed the instance motion. Def.'s *Ex Parte* Mot. for Release to the GBHWC Adult Inpatient Unit

and for Psychiatric Evaluation, Apr. 15, 2022. On April 18, 2022, the Court held a competency

hearing and made a ruling denying Defendant's *Ex Parte* Motion for Release to the GBHWC

Adult Inpatient Unit and for Psychiatric Evaluation from the bench. Minute Entry, Apr. 18, 2022

## DISCUSSION

Defendant argues that he does not have access to the appropriate level of care at DOC.

Def.'s *Ex Parte* Mot. for Release to the GBHWC Adult Inpatient Unit and for Psychiatric

Evaluation at 2. He requests the Court release Defendant to the GBHWC Adult Inpatient Unit so

he can undergo a reassessment to determine whether reinstatement of medication would be

beneficial. *Id.* He notes that he has a long history of mental illness, a severe abuse disorder, and

diagnoses of Bipolar Disorder and ADHD. *Id.*

Title 8 G.C.A. § 40.15(b) states "[t]he judge shall order the person charged to be released

on recognizance, unless the judge determines, in his discretion, on the basis of available

information, that such a release will not reasonably assure the appearance of the person as

required or will endanger the safety of any other person or the community." Title 8 G.C.A. §

40.15(c) provides factors for the Court to consider when determining whether to release a person

on recognizance.

Upon evaluating the factors, the Court determines in its discretion that releasing Defendant on recognizance will endanger the safety of the community. The Court notes that at the time Defendant committed the alleged offenses, he was on probation in other cases with the Superior Court of Guam. In those cases, he was convicted of serious crimes. Moreover, the Court finds that a hearing with Dr. Rapadas is necessary in order to better understand his Forensic Evaluation of Defendant and determine whether a psychiatric evaluation of Defendant is proper.

## CONCLUSION

For the above reasons, the Court **DENIES** the Defendant's *Ex Parte* Motion for Release to the GBHWC Adult Inpatient Unit and for Psychiatric Evaluation. This competency hearing is continued until May 2, 2022 at 1:30 so that Dr. Rapadas can be present at the hearing.

SO ORDERED, *Nunc Pro Tunc* to April 18, 2022 this _____ day of ___ APR 2 0 2022 2022.

HONORABLE ALBERTO E. TOLENTINO
Judge, Superior Court of Guam